1  Michael N. Westheimer (SBN 178938)
   mwestheimer@constangy.com
2  **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
3  601 Montgomery Street, Suite 350
   San Francisco, CA  94111
4  Telephone: (415) 918-3000

5  Attorneys for Defendant
6  UNION PACIFIC RAILROAD COMPANY

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12 | STEFAN HYATT, | Case No.: 2:25-cv-00315-DJC-JDP |
13 | Plaintiff, | **JOINT STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
14 | v. | |
15 | UNION PACIFIC RAILROAD COMPANY, | |
16 | Defendants. | Complaint Filed: January 24, 2025 |
                                Trial:           Not set

1

JOINT STIPULATION AND ORDER TO FURTHER EXTEND    CASE NO.: 2:25-cv-00315-DJC-JDP
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Randy Rieux and Defendant Union Pacific Railroad Company (together the "Parties"), by and through their respective undersigned counsel of record, that pursuant to Gen. L.R. 143, 144(a), the time for Defendant to respond to Plaintiff's Complaint shall be further extended twenty-one (21) days to April 14, 2025.  The Parties previously stipulated to one 28-day extension of the aforementioned time period. This further extension will not alter the date of any event or deadline already fixed by Court order.

Dated: March 21, 2025                                 CONSTANGY, BROOKS, SMITH & PROPHETE LLP

                                                                     By:  /s/ Michael N. Westheimer
                                                                            Michael N. Westheimer
                                                                            Attorneys for Defendant
                                                                            UNION PACIFIC RAILROAD COMPANY


Dated: March 21, 2025                                 HILDERBRAND MCLEOD & NELSON LLP

                                                                     By:  /s/ Gavin Barney (as authorized 3-21-2025)
                                                                            Anthony S. Petru
                                                                            Gavin Barney
                                                                            Attorneys for Plaintiff
                                                                            STEFAN HYATT

**IT IS SO ORDERED.**

Dated:  March 21, 2025                                /s/ Daniel J. Calabretta
                                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                                     UNITED STATES DISTRICT JUDGE

2

JOINT STIPULATION AND ORDER TO FURTHER EXTEND        CASE NO.: 2:25-cv-00315-DJC-JDP
TIME FOR DEFENDANT TO RESPOND TO COMPLAINT