1  Michael N. Westheimer (SBN 178938)
   mwestheimer@constangy.com
2  **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
3  601 Montgomery Street, Suite 350
   San Francisco, CA  94111
4  Telephone: (415) 918-3000

5  Geri Lynn Arrindell (*Pro Hac Vice*)
   glarrindell@constangy.com
6  **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
7  680 Craig Rd, Suite 400
   St. Louis, MO  63141
8  Telephone: (314) 925-7272

9  Attorneys for Defendant
    UNION PACIFIC RAILROAD COMPANY
10

11              **IN THE UNITED STATES DISTRICT COURT**

12             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13                      **SACRAMENTO DIVISION**

14

15  STEFAN HYATT,                          | Case No.: 2:25-cv-00315-DJC-JDP

16      Plaintiff,                         | **JOINT STIPULATION AND ORDER TO**
                                           | **EXTEND TIME FOR THE PARTIES TO**
17      v.                                 | **CONFER AND SUBMIT JOINT STATUS**
                                           | **REPORT**
18  UNION PACIFIC RAILROAD COMPANY,

19      Defendants.                        | Complaint Filed:  January 24, 2025
                                           | Trial:            Not set
20

21

22       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Stefan Hyatt and

23  Defendant Union Pacific Railroad Company (together the "Parties"), by and through their respective

24  undersigned counsel of record, as follows:

25       WHEREAS the Parties previously stipulated to two extensions of time for Defendant to respond

26  to Plaintiff's Complaint, and the second extension was approved by the Court and further extended

27  Defendant's time for response by 21 days to April 14, 2025 (*see* ECF nos. 6-8);

28                                          1

1    WHEREAS the Court previously issued an Initial Case Management Order on January 24, 2025

2  ("Order") setting a deadline of 60 days from service of the Complaint for the Parties to confer and file

3  a joint status report pursuant to Fed. R. Civ. P. 26(f), and based on the date Plaintiff served the

4  Complaint that deadline is April 4, 2025;

5    WHEREAS in their second stipulation for a 21-day extension of Defendant's time for response,

6  the Parties inadvertently did not seek a corresponding extension of their deadline to confer and file a

7  joint status report, and so are filing this stipulation to mutually request it herein;

8    NOW THEREFORE, the Parties hereby stipulate and mutually request that the time for the

9  Parties to confer as required by Fed. R. Civ. P. 26(f) and prepare and submit the joint status report

10  described in the Order be extended 21 days, to April 25, 2025.

11

12  Dated: April 4, 2025                    CONSTANGY, BROOKS, SMITH & PROPHETE LLP

13

14                                         By: /s/ Michael N. Westheimer
                                               Michael N. Westheimer
                                               Attorneys for Defendant
15                                             UNION PACIFIC RAILROAD COMPANY

16

17  Dated: April 4, 2025                    HILDERBRAND MCLEOD & NELSON LLP

18

19                                         By: /s/ Gavin Barney (as authorized on 4/4/2025)
                                               Anthony S. Petru
20                                             Gavin Barney
                                               Attorneys for Plaintiff
21                                             STEFAN HYATT

22  **IT IS SO ORDERED.**

23

24  Dated:  April 4, 2025                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
25                                           UNITED STATES DISTRICT JUDGE

26

27

28                                         2

JOINT STIPULATION AND ORDER TO EXTEND TIME FOR        CASE NO.: 2:25-cv-00315-DJC-JDP
THE PARTIES TO CONFER AND SUBMIT JOINT STATUS
REPORT