IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEFAN HYATT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | Case No.: 2:25-cv-00315-DJC-JDP<br><br>**ORDER** |

Based on the Parties' Stipulation, filed on May 16, 2025, the Court orders as follows:

1. Plaintiff is granted leave to file the First Amended Complaint, as attached to the Parties' Stipulation as **Exhibit A**, thereby removing Counts III and IV of Plaintiff's original Complaint with prejudice.

2. Plaintiff shall file the First Amended Complaint, attached as Exhibit A at ECF No. 18-1, as a separate docket entry forthwith.

3. Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint filed in this action on April 14, 2025 (ECF No. 13) shall be Defendant's responsive pleading to Plaintiff's First Amended Complaint.

4. Defendant's pending Partial Motion to Dismiss (ECF No. 15) is DENIED AS MOOT; the hearing scheduled for May 29, 2025 is VACATED and taken off calendar.

///

///

5. The parties shall file a joint status report pursuant to this Court's Initial Case Management Order (ECF No. 3) within fourteen (14) days after the First Amended Complaint is filed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 19, 2025              /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT
CASE NO. 2:25-CV-00315