**Anthony S. Petru** (CA #91399)
petru@hmnlaw.com
**Gavin Barney** (OR # 163382)
barney@hmnlaw.com
HILDEBRAND MCLEOD & NELSON
5335 College Avenue, Suite 5A
Oakland, CA 94618
Tel: (510) 451-6732

Attorneys for Plaintiff Stefan Hyatt

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| STEFAN HYATT, | Case No.: 2:25-cv-00315-DJC-JDP |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Stefan Hyatt, by and through his undersigned counsel, and Defendant Union Pacific Railroad Company, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and attorney fees.

Respectfully submitted this 6th of December 2025.

HILDEBRAND MCLEOD & NELSON, LLP

*s/Gavin S. Barney*
Anthony S. Petru (CA #97399)
petru@hmnlaw.com
Gavin Barney (CA # 321880)
barney@hmnlaw.com

Attorneys for Plaintiff Anthony Malone

CONSTANGY, BROOKS, SMITH & PROPHETE LLP

*s/Geri Lynn Arrindell*
Geri Lynn Arrindell, *Pro Hac Vice*
glarrindell@constangy.com
Michael N. Westheimer (SBN 178938)
mwestheimer@constangy.com

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, each party to bear their own costs, expenses and attorney fees. The Clerk of the Court is directed to enter the dismissal of this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: December 9, 2025             /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE